KATHERINE A. WARD and MATHILDA A. WARD, Respondents, v. JAMES A. McCARTHY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to a new application, upon a complaint showing a cause of action. No opinion. Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

RUFUS L. WEAVER, Respondent, v. LINNAEUS T. SAVAGE and ROBERT BAUER, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

BLANCHE GOLDEN WILINSKY, Appellant, v. EVA LANDMAN and SADIE BEHR, Respondents.— Judgment reversed and new trial granted, with costs to abide the event, upon the ground that the finding that the alleged representation was not made is against the weight of the evidence, and that the learned trial justice should also have passed upon and decided the issue as to the real condition of the house. Findings of fact numbered 3, 4, 5 and 6 reversed. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

WILLIAM ZINKE and DIEDRICH RUNGE, Copartners, etc., Respondents, v. JOHN C. HIPKINS and FARMERS' LOAN AND TRUST COMPANY, Individually and as Trustee, etc., of DAVID C. HIPKINS, Deceased, and as Trustee, etc., of SARAH L. HIPKINS, Deceased, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Kelly and Jaycox, JJ.; Blackmar, J., not voting.

*Decision by the Presiding Justice on application to appeal from the Appellate Term.*

SAMUEL E. GREEN, Respondent, v. HERMAN MAX HAUSCHILD, Appellant.— Application denied, without costs, on authority of *Handy* v. *Butler* (183 App. Div. 359).

*Decision by Mr. Justice Kelly on application to appeal from the Appellate Term.*

PAUL BEINLICH, Respondent, v. SAMUEL KNOPF, Jr., Appellant.— Application denied, with ten dollars costs.